ALVERSON TAYLOR & SANDERS
KURT R. BONDS, ESQ.
Nevada Bar #6228
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
efile@alversontaylor.com
*Attorneys for Plaintiff Farmaceutical Fractioning, LLC*

UNITED STATES DISTRICT COURT

FOR THE STATE OF NEVADA

-*-

| | |
|---|---|
| FARMACEUTICAL FRACTIONING, LLC, a Michigan limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>WAYNE GROUP LTD. LLC, a Nevada limited liability company and JEFFREY WAYNE, an individual and DOES I through XX,<br><br>Defendants. | CASE NO.: 3:20-cv-00562-MMD-WGC<br><br>**SUBSTITUTION OF ATTORNEY** |

Plaintiff, FARMACEUTICAL FRACTIONING, LLC, hereby substitutes Kurt R. Bonds, Esq. with the law firm of ALVERSON TAYLOR & SANDERS as their attorneys of record in this matter, in the place and stead of Stephen S. Kent, Esq. with the law firm KENT LAW.

DATED this ___ day of December, 2020.

FARMACEUTICAL FRACTIONING, LLC

_____

Name: Anthony G. Orzechowski
Chief Operating Officer

///
///
///

1

KRB/86

Kurt R. Bonds, Esq. with the law firm of ALVERSON TAYLOR & SANDERS hereby agree and consent to the substitution as attorneys of record for Plaintiff FARMACEUTICAL FRACTIONING, LLC in this matter.

DATED this 4th day of December, 2020.

ALVERSON TAYLOR & SANDERS

_____
KURT R. BONDS, ESQ.
Nevada Bar #6228

Stephen S. Kent, Esq. with the law firm of KENT LAW hereby agrees and consents to the substitution of ALVERSON TAYLOR & SANDERS as attorneys of record for Plaintiff FARMACEUTICAL FRACTIONING, LLC in this matter.

DATED this 4th day of December, 2020.

KENT LAW

_____
STEPHEN S. KENT, ESQ.

IT IS SO ORDERED.
DATED: December 7, 2020

_____
UNITED STATES MAGISTRATE JUDGE

2

KRB/86