ALVERSON TAYLOR & SANDERS
KURT R. BONDS, ESQ.
Nevada Bar #6228
MATTHEW PRUITT, ESQ.
Nevada Bar #12474
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
efile@alversontaylor.com
*Attorneys for Plaintiff Farmaceutical Fractioning, LLC*

UNITED STATES DISTRICT COURT

FOR THE STATE OF NEVADA

\* \* \*

| | |
|---|---|
| FARMACEUTICAL FRACTIONING, LLC, a Michigan limited liability company,<br><br>Plaintiff,<br>vs.<br><br>WAYNE GROUP LTD, LLC, a Nevada limited liability company and JEFFREY WAYNE, an individual and DOES I through XX,<br><br>Defendants. | CASE NO.: 3:20-cv-00562-MMD-WGC<br><br>**STIPULATION AND ORDER** |

COMES NOW Plaintiff FARMACEUTICAL FRACTIONING, LLC ("Plaintiff"), by its undersigned counsel of the law firm of Alverson Taylor & Sanders, and JEFFREY WAYNE, pro per, and hereby stipulate and agree as follows:

WHEREAS the JEFFREY WAYNE served in this matter has claimed that he is not the JEFFREY WAYNE which Plaintiff has previously interacted with and has claims against, and whereas he has provided photo ID which appears to show a different person than is shown on the records had by Plaintiff;

Plaintiff and the previously-served and answering JEFFREY WAYNE hereby agree that JEFFREY WAYNE's Answer, Dkt 9, is hereby withdrawn, and that Plaintiff will continue to pursue

1

KB/26973

service of the Summons and Complaint against JEFFREY WAYNE. This stipulation is without prejudice and if Plaintiff later finds that the answering JEFFREY WAYNE is the one previously-served and thus stipulating, Plaintiff may again require him to Answer the Complaint within 30 days of notice sent to Jeffrey Wayne at jjw@waynegroup.com.

**ALVERSON TAYLOR & SANDERS**

/s/ Matthew Pruitt
KURT R. BONDS, ESQ.
Nevada Bar #6228
MATTHEW PRUITT, ESQ.
Nevada Bar #12474
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
efile@alversontaylor.com
*Attorneys for Plaintiff Farmaceutical Fractioning, LLC*

JEFFREY WAYNE
PMB 1300
Genoa, NV 89411
415 421 2010
415 652 2010 mobile
415 873 2010 e fax
jjw@waynegroup.com

IT IS SO ORDERED.

DATED: January 5, 2021.

_____
UNITED STATES MAGISTRATE JUDGE